IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gonzalez, Darlene | Case Number: 04 B 06105 |
|---|---|---|
|  |  | Judge: Wedoff, Eugene R |
|  | Printed: 12/13/07 | Filed: 2/18/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 2, 2007
Confirmed: April 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,506.00 |  |
| Secured: |  | 825.34 |
| Unsecured: |  | 1,255.48 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,149.70 |
| Trustee Fee: |  | 275.19 |
| Other Funds: |  | 0.29 |
| Totals: | 5,506.00 | 5,506.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,149.70 | 3,149.70 |
| 2. | Nationwide Acceptance Corp | Secured | 825.34 | 825.34 |
| 3. | Saint Joseph Hospital | Unsecured | 104.58 | 820.22 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 10.00 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 11.71 | 91.87 |
| 6. | Nationwide Acceptance Corp | Unsecured | 43.78 | 343.39 |
| 7. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 8. | Azulay & Azulay | Unsecured |  | No Claim Filed |
| 9. | Medical Collections | Unsecured |  | No Claim Filed |
| 10. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 11. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 12. | American Medical Collection | Unsecured |  | No Claim Filed |
| 13. | T Mobile | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,145.11 | $ 5,230.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 21.00 |
| 4% | 18.00 |
| 6.5% | 59.45 |
| 3% | 6.06 |
| 5.5% | 51.60 |
| 5% | 52.45 |
| 4.8% | 14.49 |
| 5.4% | 52.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gonzalez, Darlene | Case Number: 04 B 06105 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/13/07 | Filed: 2/18/04 |

_____
$ 275.19

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

